UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23679-CV-WILLIAMS

DYLAN LETORNEY,

    Plaintiff,

v.

CELEBRITY CRUISES, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Ellen F. D'Angelo's Report and Recommendation (DE 39) ("***Report***") on Plaintiff Dylan Letorney's Renewed Motion to Remand (DE 19) ("***Motion***"). In the Report, Judge D'Angelo recommends that the Motion be granted, and this action be remanded to the state court. (DE 39 at 8.) Specifically, Judge D'Angelo finds that "judicial economy, convenience, fairness, and comity . . . weigh in favor of remand in this case." (*Id.* at 6.) No objections were filed to the Report, and the time to object has passed.

Upon careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge D'Angelo's Report and Recommendation (DE 39) is **AFFIRMED AND ADOPTED**.

2. Plaintiff Dylan Letorney's Renewed Motion to Remand (DE 19) is **GRANTED**.

3. This case is **REMANDED** to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

4. All deadlines and hearings are **CANCELED**. All pending motions are **DENIED AS MOOT**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>15th</u> day of January, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE